108 F.3d 345
 Linda L. Carroll, Federal Trade Commission
v.
Jordan Ashley, Inc., d/b/a Jordan Ashley Galleries, d/b/a/
Jordan Ashley Publishing, d/b/a American Heartbeats, d/b/a
American Celebrations, Gold Coast Developers, Inc., National
Vending Systems, Ltd., Inc., Christine M. Heller, Kelli J.
Blasi, Thomas P. Norton, Buchanan Ingersoll Professional
Corporation, Patricia Riley (Two Cases)
 NOS. 94-4623, 94-4840
 United States Court of Appeals,
Eleventh Circuit.
 Feb 10, 1997
 S.D.Fla., 101 F.3d 707
 
 1
 DENIALS OF REHEARING EN BANC.